UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-15069 |
| Shavon N Parker | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtors' motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing through October 2024 is hereby deferred.

2. That the remaining payments under the plan shall be $495 per month commencing November 2024 for 27 months.

3. That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:                    *Jacqueline P. Cox*
                  _____

                  Honorable Jacqueline Cox
Dated:  November 25, 2024          United States Bankruptcy Judge

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600