IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SHAVON N PARKER | In Proceedings Under |
| | Chapter 13 |
| Debtor. | Case No. 22-15069 |
| | Judge: Jacqueline P. Cox |

NOTICE OF FAILURE TO COMPLY WITH ORDER AND TERMINATION OF

AUTOMATIC STAY

The undersigned certifies that this document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on March 23, 2026 to the following parties:

TRUSTEE: Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, thomas.h.hooper@chicagoch13.com

DEBTOR ATTORNEY: David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076, cutlerfilings@gmail.com

OFFICE OF THE U. S. TRUSTEE: Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604, Ustpregion11.es.ecf@usdoj.gov

The notice was further served by depositing a copy into the US mail on March 23, 2026 with postage prepaid upon the following parties, Debtor not served electronically:

DEBTOR: Shavon N Parker, 2444 Heather Road, Homewood, IL 60430

You are hereby notified that the automatic stay in this case, as it applied to Ally Bank (herein after "Creditor") its principals, agents, successors and/or assigns, for its property in one 2018 Lexus NX Utility 4D NX300 2.0L I4 Turbo, VIN JTJYARBZ4J2100055, has terminated. This is pursuant to the agreed order signed on July 29, 2024, by Honorable Judge Jacqueline P. Cox.

Debtor has failed to make payments to Ally Bank as set forth in the agreed order. As of February 23, 2026, the total default was $21,501.06. Pursuant to the agreed order, the Notice of Default was mailed to the Debtor and Debtor's attorney on February 9, 2026. The Debtor failed to provide full cure within 14 days from the Notice of Default letter.

/s/ James M. Philbrick
James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net